Merlyn W. Clark, ISB No. 1026
Andrea J. Rosholt, ISB No. 8895
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5210
Email: mclark@hawleytroxell.com
       arosholt@hawleytroxell.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS E. TERTELING, an individual and THE TERTELING COMPANY, a/k/a TERTELING TRUST NO. 6,<br><br>          Plaintiffs,<br><br>vs.<br><br>NIXON KENDAL TERTELING, RICHARD A. TINSLEY, and MELANIE ROBERTSON,<br><br>          Defendants. | Case No. 1:22-cv-00271-CWD<br><br>MOTION TO REMAND |

COMES NOW Plaintiffs, Thomas E. Terteling, an individual, The Terteling Company, aka Terteling Trust No. 6, by and through counsel of record, Hawley Troxell Ennis & Hawley LLP, and hereby moves this Court to remand this matter back to the Fourth Judicial District Court in and for Ada County, State of Idaho.  This Motion is made pursuant to Rule 28 U.S.C. §1447(c) and is based upon the legal authorities and arguments set forth in the Memorandum in Support of Motion to Remand filed contemporaneously herewith.  Further, because the removal

MOTION TO REMAND - 1

is defective – and plainly so – in multiple ways, the Court should award Plaintiffs the costs and attorney fees incurred in seeking remand.

Dated:  July 14, 2022                                  HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Merlyn W. Clark, ISB No. 1026
Attorneys for Plaintiffs

MOTION TO REMAND - 2

05609.0034.14885111.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served a true copy of the foregoing MOTION TO REMAND by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Alyson A. Foster | ☐ U.S. Mail, Postage Prepaid |
| Jennifer Schrack Dempsey | ☐ Hand Delivered |
| DEMPSEY FOSTER PLLC | ☐ E-mail |
| 800 W. Main St., Ste. 1460 | alyson@dempseyfoster.com |
| Boise, Idaho 83702 | jen@dempseyfoster.com |
| *Attorneys for Defendants Richard A. Tinsley and* | ☐ Facsimile 1-855-940-1879 |
| *Melanie Robertson* | ☑ CM/ECF |

I HEREBY CERTIFY that I caused to be served a true copy of the foregoing MOTION TO REMAND by the method indicated below, and addressed to each of the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Nixon Kendal Terteling | ☑ U.S. Mail, Postage Prepaid |
| 8170 Murray Ave. | ☐ U.S. Certified Mail |
| Gilroy, California 95020 | ☐ Overnight Mail |
| *Defendant Pro Se* | ☐ Facsimile |

Dated: July 14, 2022

_____
Merlyn W. Clark, ISB No. 1026